# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00429-CV

**Joey Jerome Key, Appellant**

**v.**

**Angela Denise Key, Appellee**

---

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### NO. 23DFAM338016, THE HONORABLE WADE NICHOLAS FAULKNER,
### JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal was due for filing in this Court on September 28, 2023. On October 3, 2023, we notified Appellant Joey Key that no clerk's record had been filed due to his failure to pay or make arrangements to pay the trial clerk's fee for preparing the clerk's record. The notice requested that Joey make arrangements for the clerk's record and submit a status report regarding this appeal by October 13, 2023. Further, the notice advised Joey that his failure to comply with this request could result in the dismissal of the appeal for want of prosecution. To date, Joey has not filed a status report or otherwise responded to this Court's notice, and the clerk's record has not been filed.

If a trial-court clerk fails to file the clerk's record due to an appellant's failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed

without payment of costs.  Tex. R. App. P. 37.3(b).  In this case, Joey has not established that he is entitled to proceed without payment of costs.  *See* Tex. R. Civ. P. 145.  Because Joey has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed for Want of Prosecution

Filed:   January 19, 2024